DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ASHFORD

No. 176 P.C.

Case below: 38 N.C. App. 118.

Application by defendant for further review denied 5 February 1979.

STATE v. BOONE

No. 190 P.C.

Case below: 39 N.C. App. 218.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 18 January 1979.

STATE v. GOSNELL

No. 185 P.C.

Case below: 38 N.C. App. 679.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.

STATE v. MacEACHERN

No. 21 P.C.

Case below: 39 N.C. App. 260.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 February 1979.

STATE v. MACKEY

No. 170 P.C.

Case below: 38 N.C. App. 628.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.